PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CV-02066-TLN-CKD |
| Plaintiff, | UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM OCTOBER 28, 2016 TO JANUARY 31, 2017 |
| v. | |
| APPROXIMATELY $122,500.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States submits the following Request to Extend the Deadline to file a Joint Status Report from October 28, 2016 to January 31, 2017.

**Introduction**

On August 29, 2016, the United States filed a civil forfeiture complaint *in rem* against the above-captioned currency ("defendant currency"), based on its involvement in federal drug law violations. All known potential claimants to the defendant currency were served in a manner consistent with *Dusenbery v. United States,* 534 U.S. 161, 168 (2002) and the applicable statutory authority. Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on September 2, 2016, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed on October 3, 2016.

///

## Good Cause

The United States has provided notice to all potential claimants pursuant to law. Specifically, the United States served a copy of the complaint documents to potential claimant David Guzman via certified and first class mail and personally served the complaint documents to potential claimant Kareem Whitely as well as via certified and first class mail, but neither have filed a claim. At this point, the time to file a claim and enter the case has expired.

Accordingly, the United States intends to request a Clerk's Default against David Guzman and Kareem Whitely and file a motion for default judgment and final judgment of forfeiture. Such filings, if/when granted, would terminate the case.

No other party has entered this case.

For these reasons, the United States seeks to continue the deadline to file a Joint Status Report to January 31, 2017 (or to another date the Court deems appropriate).

Thus, there is good cause to extend the deadline to file a joint status report in this case from October 28, 2016 to January 31, 2017, or to a date the Court deems appropriate.

Dated:   10/27/2016  

PHILIPP A. TALBERT
Acting United States Attorney

 /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

## ORDER

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The deadline to file a Joint Status Report currently due on October 28, 2016 is extended to January 31, 2017.

**IT IS SO ORDERED.**
Dated: 11/02/2016

Troy L. Nunley
United States District Judge

United States' Request to Extend the Deadline to Submit a Joint Status Report