PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CV-02066-TLN-CKD |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| APPROXIMATELY $122,500.00 IN U.S. CURRENCY, | |
| Defendant. | |

This matter came before the Honorable Judge Carolyn K. Delaney on the United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant currency to oppose the United States' motion. Based on the United States' motion and the files and records of the court, THE COURT FINDS as follows:

1. This action arose out of a Verified Complaint for Forfeiture *In Rem* filed August 29, 2016.

2. The United States has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimants David Guzman and Kareem Whitely.

3. The United States has shown that a complaint for forfeiture was filed; that potential claimants David Guzman and Kareem Whitely received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of

a final judgment of forfeiture.

     Therefore, IT IS RECOMMENDED as follows:

     1.    That David Guzman and Kareem Whitely be held in default;

     2.    That the United States' motion for default judgment and final judgment of forfeiture be granted;

     3.    That judgment by default be entered against any right, title, or interest of potential claimants David Guzman and Kareem Whitely in the defendant currency referenced in the above caption;

     4.    That a final judgment be entered, forfeiting all right, title, and interest in the defendant currency to the United States, to be disposed of according to law;

     These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within seven days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  December 1, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE